

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 1211.57224
WW4019

Order Filed on February 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carl and Amy Tenasse, Debtors

Case No.: 14-25964

Chapter: 13

Judge: Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 13, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ _____290.50_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____290.50_____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Carl James Tenasse  
Amy Lynn Tenasse  
    Debtors

Case No. 14-25964-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 13, 2020  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.  
db/jdb      +Carl James Tenasse,   Amy Lynn Tenasse,   535 Raub Street,   Easton, PA 18042-1568

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:  
          Albert   Russo   docs@russotrustee.com  
          Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Patrick O. Lacsina   on behalf of Creditor   Seterus, Inc. as authorized Subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ,    PATRICK.LACSINA@GMAIL.COM  
          William M. E. Powers, III   on behalf of Creditor   Seterus, Inc., servicing agent for creditor Federal National Mortgage Association ecf@powerskirn.com  
          William M.E. Powers   on behalf of Creditor   Seterus, Inc., servicing agent for creditor Federal National Mortgage Association ecf@powerskirn.com  
          William M.E. Powers, III   on behalf of Creditor   Seterus, Inc., servicing agent for creditor Federal National Mortgage Association ecf@powerskirn.com  
          William S. Wolfson   on behalf of Debtor Carl James Tenasse wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net  
          William S. Wolfson   on behalf of Joint Debtor Amy Lynn Tenasse wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net  
                                                                                             TOTAL: 8