Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14–25964–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carl James Tenasse
  aka Carl Tenasse, aka Carl J Tenasse
  535 Raub Street
  Easton, PA 18042

Amy Lynn Tenasse
  aka Amy Tenasse, aka Amy L Tenasse
  535 Raub Street
  Easton, PA 18042

Social Security No.:
  xxx–xx–4188

    xxx–xx–3324

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 4, 2020</u>

<u>Christine M. Gravelle</u>
Judge, United States Bankruptcy Court